IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  12-CR-000078-RBJ

UNITED STATES OF AMERICA,

                  Plaintiff,

       v.

DONALD ALEKS

                  Defendant,

       and

M.B.S.C. Securities Corporation,

                  Garnishee.
_____

ORDER DISMISSING WRIT OF GARNISHMENT
_____

      This matter, coming before the Court on motion of the Plaintiff and the Court

being fully advised in the premises, the Court herby ORDERS that the Writ of

Garnishment issued on March 11, 2014 [Doc. No. 33] in this case is DISMISSED.

      ORDERED and entered this 1st day of May, 2014.

                            BY THE COURT:

                            _____
                            UNITED STATES DISTRICT JUDGE