IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  12-CR-000078-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONALD ALEKS

        Defendant,

and

WELLS FARGO BANK, N.A.,

        Garnishee.
_____

ORDER DISMISSING WRIT OF GARNISHMENT
_____

This matter, coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court herby ORDERS that the Writ of Garnishment issued on March 12, 2014 [Doc. No. 39] in this case is DISMISSED.

ORDERED and entered this 1st day of May, 2014.

        BY THE COURT:

        *[signature: Brooke Jackson]*

        _____
        UNITED STATES DISTRICT JUDGE